**FILED**

May 24, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR. S-99-82 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MARK L. HAWKINS | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK L. HAWKINS , Case No.  CR. S-99-82 , Charge  Probation Violation  from custody,  subject to the following conditions:

✔   Release on Personal Recognizance

___   Bail Posted in the Sum of $__

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

✔   (Other)   Defendant  ordered  to report directly to probation officer immediately upon release.

Issued at  Sacramento, CA  on  May 24, 2005  at  9:30 am .

By  /s/  _____
Frank C. Damrell, Jr.
United States District Judge

Original - U.S. Marshal